UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL NO. C-06-415-3 |
| JOSE LUIS PRADO | § | |

### ORDER RESETTING REVOCATION SUPERVISED RELEASE TERM HEARING

IT IS HEREBY ORDERED that this matter (previously set for November 30, 2007) is hereby reset for hearing on Revocation of Supervised Release for December 7, 2007 at 9:00 a.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas.

SO ORDERED this 28th day of November, 2007, at McAllen, Texas.

_____
Randy Crane
United States District Judge